# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150710 & (44)

HOWARD T. LINDEN, Conservator for the
Estate of INDIA ARNE THOMAS, a/k/a INIA
ARNE THOMAS,
       Plaintiff-Appellee,
       Cross-Appellant,

v

       SC: 150710
       COA: 312702
       Ingham CC: 10-001572-NF

CITIZENS INSURANCE COMPANY OF
AMERICA,
       Defendant/
       Third-Party Plaintiff-Appellant,
       Cross-Appellee,
and

WILLIAM THOMAS and TAMAKIA THOMAS,
       Third-Party Defendants.

_____/

      On order of the Court, the application for leave to appeal the November 13, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015



Clerk

t0916